UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 15-Cr. 535 (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE |
| NELSON RODRIGUEZ | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __NELSON RODRIGUEZ__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__✓__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____      _____
Defendant's Signature (Judge may obtain      Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

NELSON RODRIGUEZ                          MICHAEL NEDICK
Print Defendant's Name                       Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                   _Sidney H. Stein_

__February 5, 2021__
Date                                   Sidney H. Stein, U.S.D.J.